**Fill in this information to identify your case:**

Debtor 1: **James Belger**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing): **Donna Belger**
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): 25-13620-djb

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ James Belger**
**James Belger**
Signature of Debtor 1

Date **October 15 2025**

X **/s/ Donna Belger**
**Donna Belger**
Signature of Debtor 2

Date **October 15 2025**

Official Form 106Dec          Declaration About an Individual Debtor's Schedules