Certificate Number: 05781-PAE-DE-040350424

Bankruptcy Case Number: 25-13620



05781-PAE-DE-040350424

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 25, 2025, at 10:05 o'clock AM PST, Donna Belger completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 25, 2025             By:      /s/Allison M Geving

                                      Name:    Allison M Geving

                                      Title:   President